José Delgado González, peticionario, *v.* La Corte de Distrito de Humacao, Hon. Gabriel Castejón, Juez, demandado.

No. 528.—*Resuelto:* Febrero 15, 1927.

Apelación y Error—Vista y Nueva Vista—Reconsideración de Sentencia—Su Procedencia—En General.—No procede reconsiderar sentencia que sostuvo actuación de un tribunal inferior denegando reconsideración de orden que desestimó moción para dejar sin efecto fallo dictado contra un tercerista y sus fiadores por haber dejado aquél, fundado en una creencia errónea, de proseguir su tercería, cuando las cuestiones levantadas en la moción de reconsideración, además de haber sido resueltas en la opinión principal, aparece que en las reconsideraciones solicitadas al juez inferior aquellas no le fueron presentadas ni se le invocó el artículo 140 del Código de Enjuiciamiento Civil, y especialmente cuando hay el convencimiento de que el peticionario dejó de proseguir su tercería.

Moción de reconsideración de sentencia.
*M. Rodríguez Serra,* abogado del peticionario.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En esta moción de reconsideración, el peticionario ha levantado distintas cuestiones que resolvimos en nuestra opinión principal y que no hallamos fueran presentadas al juez de la corte de distrito en las varias súplicas para la

reconsideración que le fué solicitada. El artículo 140 del Código de Enjuiciamiento Civil no fué invocado por el peticionario en ninguna de sus súplicas al juez de distrito.

Tampoco hallamos que se llamara la atención del juez por haberse dejado de notificar al peticionario algunas de las órdenes o sentencias dictadas en su contra. En la corte inferior el peticionario descansaba principalmente en su creencia de que la orden de archivo de la demanda original relevaba al peticionario de la necesidad de continuar el procedimiento.

La Corte de Distrito de Humacao dijo:

"En este caso que es una acción sobre tercería de bienes muebles, se dictó una orden en 21 de noviembre de 1924, ordenando el archivo por abandono por falta de instancia, resolución que fué notificada en la propia fecha al abogado del tercerista Sr. Celestino Benítez.

"El 6 de mayo de 1926, o sea un año cinco meses y quince días después, Avelino Márquez Díaz, alegando que no habiéndose devuelto por el tercerista la propiedad embargada. a pesar del tiempo transcurrido, procedía se dictase sentencia contra el demandante y sus fiadores por el valor de tal propiedad, con más los intereses a razón del 6%, desde el 30 de agosto de 1922, a cuya solicitud recayó resolución en 12 de mayo de 1926, de acuerdo con lo solicitado y fundada en las Secciones 14 y 15 de la Ley sobre Tercería, aprobada en 14 de marzo de 1907."

El peticionario se queja de qué no se le notificara la resolución de 21 de noviembre de 1924, pero según nuestra opinión original (ante p. 6), es enteramente claro que tal resolución fué comunicada al abogado de récord, y la resolución de esa fecha demuestra que la moción fué debidamente señalada para vista, siendo de presumirse que se notificó debidamente tal vista a los abogados.

El peticionario dice que la verdadera sentencia en este caso fué la dictada en noviembre de 1924. Si esto es así, entonces es claro que el peticionario tenía conocimiento de dicha resolución, y que no tiene derecho a quejarse. Te-

níamos la idea de que la resolución de mayo 6 de 1926 era la sentencia final, y si estamos en lo cierto al suponer esto, nuestra presunción era favorable al peticionario, puesto que entonces, el tiempo que él dejó transcurrir sin dar paso alguno parecería más corto.

De todos modos, estamos convencidos de que el peticionario, o lo que es lo mismo, su abogado o abogados, dejaron de continuar el caso de tercería, y *debe declararse sin lugar la moción de reconsideración.*